IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC SAYER,<br><br>    Defendant. | 4:16CR3087<br><br>**ORDER** |

IT IS ORDERED:

1)   The defendant's motion to modify the conditions of pretrial release, (filing no. 23), is granted.

2)   The defendant shall comply with all terms and conditions of pretrial release except as follows:

  Provided he has delivered or communicated a detailed itinerary of his travel plans to his supervising pretrial services officer before his travel begins, Defendant is permitted to travel to Lincoln, Nebraska and stay at his apartment in Lincoln for an approximate 48-hour time period on one weekend per month.

August 30, 2016.

                      BY THE COURT:

                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge